# Third District Court of Appeal

## State of Florida

Opinion filed November 15, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-70
Lower Tribunal No. 21-23426

_____

**Steven Paul Kowalski,**
Appellant,

vs.

**Wai Kit Lo, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Meister Seelig & Fein, PLLC, and Alexander D. Pencu, Christopher J. Major and Kathryn E. Matthews (New York, NY); and Shutts & Bowen LLP, and Patrick G. Brugger, for appellant.

Coffey Burlington, P.L., and Kendall B. Coffey and Scott A. Hiaasen, for appellee Lee Kei Lau, and Beasley, Demos & Brown, LLC, and Christopher D. Brown and Jennifer R. Perez Alonso, for appellee Wai Kit Lo.

Before LOGUE, C.J.[1], and HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.

---

[1] Chief Judge Logue did not participate in oral argument.